

# MIRANDA SLONE SKLARIN VERVENIOTIS LLP

MICHAEL A. MIRANDA*
STEVEN VERVENIOTIS
ONDINE SLONE
RICHARD S. SKLARIN°
MAURIZIO SAVOIARDO
ANDREW B. KAUFMAN±
LAWRENCE S. WASSERMAN*
_____

*ALSO ADMITTED IN NEW JERSEY
▫ALSO ADMITTED IN FLORIDA
±ALSO ADMITTED IN DISTRICT OF COLUMBIA
° RESIDENT IN WESTCHESTER

WRITER'S E-MAIL:
REPSTEIN@MSSSV.COM

THE ESPOSITO BUILDING
240 MINEOLA BOULEVARD
MINEOLA, NY 11501
TEL   (516) 741-7676
FAX   (516) 741-9060

WWW.MSSSV.COM

BRANCH OFFICES:
WESTCHESTER, NY
NEW YORK, NY
WOODBRIDGE, NJ

SENIOR COUNSEL
LOUISE FASANO
ABRAHAM WARMBRAND
LAURA ALTO
GABRIELLA CAMPIGLIA
_____

ASSOCIATES
RICHARD B. EPSTEIN
CHRISTOPHER J. LAMPERT*
BRANDON H. DORMAN
MICHAEL R. SEIDON
ANDRÉ S. HAYNES
JOSHUA A. SCERBO°

April 7, 2023

<u>VIA ECF</u>
Honorable Frederick Block
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:   <u>Tachalov v. Yeshiva Sha'arei Zion Elementary School</u>
              <u>Docket No.: 22-cv-4057(FB)(MMH)</u>

Dear Judge Block:

      We represent the Defendant, Yeshiva Sha'arei Zion Elementary School ("Defendant") in the above-captioned matter. We write on behalf of all parties to advise the Court that we have reached an agreement in principle to resolve this matter.

      The parties are currently formalizing the agreement and expect to be able to dismiss the matter within the next thirty (30) days. As such, we respectfully ask that the Court issue an Order dismissing the matter with a right to reopen if the agreement is not fully-executed at that time. In the alternative, we respectfully ask that the Defendants' deadline to move to dismiss the lawsuit be extended for thirty (30) days while the parties finalize the agreement.

      We thank the Court for its consideration of our request.

                              Very truly yours,
                              **MIRANDA SLONE SKLARIN VERVENIOTIS LLP**

                              Richard B. Epstein

cc: All Counsel (via ECF)