

*Attorneys at Law*
45 BROADWAY, SUITE 430, NEW YORK, NEW YORK 10006
TEL: (212) 248-7431 FAX: (212) 901-2107
WWW.NYCEMPLOYMENTATTORNEY.COM
A PROFESSIONAL LIMITED LIABILITY COMPANY

May 12, 2023

**Via ECF**
The Honorable Frederick Block
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

   **RE: Tachalov v. Yeshiva Sha'arei Zion Elementary School**
      **Docket No.: 22-cv 4057(FB)(MMH)**

Dear Judge Block:

  This office represents Plaintiff, Roza Tachalov, in the above-referenced matter. We write jointly with the Defendant to provide a status report to the Court.

  On April 10, 2023, Your Honor ordered that by May 12, 2023, the parties either file a stipulation of settlement on this matter or a status report letter as to the settlement. While we are working diligently to finalize a settlement agreement in this matter, the parties respectfully request an additional thirty (30) days to file a stipulation of settlement, with a proposed deadline of June 12, 2023.

  We thank Your Honor for your time and attention in this matter.

                Respectfully Submitted,

                /s/ Brittany Stevens
                Brittany Stevens, Esq.

cc: To all counsel of record (via ECF)