UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

ROZA TACHALOV,

                Plaintiff,

-against-

YESHIVA SHA'AREI ZION ELEMENTARY SCHOOL,

                Defendant.

---------------------------------------------------------------x

Docket No.: 22-cv-04057
(FB)(MMH)

STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the attorneys of record for all the parties to the above entitled action, that the above entitled action be, and the same hereby is dismissed pursuant to Rule 41(a) of the FRCP, with prejudice, each side to bear its own costs and fees, and with all rights of appeal waived.

Dated: June 8, 2023

PHILLIPS & ASSOCIATES
ATTORNESL AT LAW, PLLC
Attorneys for Plaintiff

_____
Brittany Stevens, Esq.

45 Broadway, Suite 430
New York, NY 10006
(212) 248-7431

MIRANDA SLONE SKLARIN
VERVENIOTIS LLP
Attorneys for Defendant

_____
Michael A. Miranda
Richard B. Epstein
240 Mineola Boulevard
Mineola, New York 11501
(516) 741-7676